### Josiah Waddington v. Chamberlin and Clason.

LAST term the court had, in this suit, granted a
rule to show cause why an attachment should not is-
sue against *A. B.* but from some accident in the
clerk's office, in *Albany*, the rule had not been for-
warded, so as to admit of serving a copy twenty days
before the term.

*Riggs*, on these facts, moved to renew the rule for
the attachment, which was

Ordered accordingly.

### Day v. Wilber.

THE court, consisting of only *Livingston* and
*Tompkins*, Justices, said, very slight grounds would
be sufficient to induce them to refuse vacating a rule,
granted on argument, in full court.